UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAICHUN GUAN-WANG, | ) | CASE NO. CV 15-9542-GW (PJW) |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING HABEAS CORPUS |
| | ) | PETITION AND REQUEST FOR BOND |
| v. | ) | HEARING AS MOOT |
| | ) | |
| LORETTA LYNCH, ET AL., | ) | |
| | ) | |
| Respondents, | ) | |
| | ) | |

Petitioner is a native and citizen of China. In March 2002, an Immigration Judge ordered his removal from the United States. Petitioner appealed to the Board of Immigration Appeals but his appeal was denied in August 2003, making his removal order final.

In July 2015, Petitioner was taken into custody by immigration officials. On December 10, 2015, while still in custody, he filed the instant habeas Petition, seeking an order compelling immigration authorities to release him from custody. Petitioner did not challenge his removability. He alleged, instead, that his further detention was illegal because there was no significant likelihood that he would be removed to China in the reasonably foreseeable future, citing *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Petition at 4-8.)

On February 10, 2016, Respondent notified the Court that Petitioner had been released from immigration custody on January 28, 2016. Respondent argued that, as a result, the Petition was moot. *See* Respondents' Notice and Suggestion of Mootness. Respondent also submitted Petitioner's Release Notification, advising him that he remains subject to removal if and when the government obtains a travel document for him.

Petitioner's release from immigration custody has rendered his petition--seeking only release from custody--moot. *See Picrin-Peron v. Rison*, 930 F.2d 773, 775-76 (9th Cir. 1991) (holding habeas petition seeking only release mooted by petitioner's release); *Jin Jie Situ v. Beers*, 2014 WL 1334007, at *2 (E.D. Cal. Apr. 3, 2014) (applying *Picrin-Peron* in holding that petition seeking release from allegedly indefinite detention mooted by release of petitioner). For that reason, the Petition is hereby dismissed.[1]

IT IS SO ORDERED.

DATED: February 19, 2016.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE
S:\GW\194 cases\LA15CV09542GW-O.wpd

---

[1] Although a habeas petition is not automatically mooted by a petitioner's release from immigration custody, *see Diouf v. Napolitano*, 634 F.3d 1081, 1084 n.3 (9th Cir. 2011), where, as here, the petitioner has conceded removability and is challenging only indefinite detention, release moots the petition.