UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAICHUN GUAN-WANG, ) | CASE NO. CV 15-9542-GW (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| LORETTA LYNCH, ET AL., ) | |
| Respondents, ) | |

The matter having been rendered moot by Petitioner's release from immigration custody, it is hereby adjudged that the case is hereby DISMISSED.

DATED: February 19, 2016.

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA15CV09542GW-O.wpd